TDCJ Offender Details

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
TDCJ Home  Q  New Offender Search

*83,815 -01*

 

# Offender Information Details

[ Return to Search list ]

| | |
|---|---|
| **SID Number:** | 03753733 |
| **TDCJ Number:** | 01539842 |
| **Name:** | WILKERSON,TERRY DON |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1969-05-22 |
| **Maximum Sentence Date:** | LIFE WITHOUT PAROLE |
| **Current Facility:** | WYNNE |
| **Projected Release Date:** | LIFE WITHOUT PAROLE |
| **Parole Eligibility Date:** | LIFE WITHOUT PAROLE |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1990-04-26 | BURG BUILD | 1990-05-10 | TARRANT | 0405675W | 20-00-00 |
| 1990-04-26 | BURG BUILD | 1990-05-10 | TARRANT | 0405677W | 20-00-00 |